**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1698**

─────────────

GEORGIA B. BOOKER-HICKS,

Plaintiff - Appellant,

versus

PRINCE EDWARD COUNTY SCHOOL BOARD,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-99-653-3)

─────────────

Submitted: December 20, 2000          Decided: January 10, 2001

─────────────

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Georgia B. Booker-Hicks, Appellant Pro Se. Robert Craig Wood, James Moss Johnson, Jr., MCGUIRE, WOODS, BATTLE & BOOTHE, Charlottesville, Virginia; Fred Lewis Biggs, MCGUIRE, WOODS, BATTLE & BOOTHE, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Georgia B. Booker-Hicks appeals the magistrate judge's order granting Prince Edward County School Board's motion for summary judgment and dismissing her claims of racial discrimination and retaliation filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2000). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the magistrate judge. See Booker-Hicks v. Prince Edward Co. Sch. Bd., No. CA-99-653-3 (E.D. Va. Apr. 24, 2000).[*] We deny Booker-Hicks' motion for appointment of counsel and her motion requesting that we order the School Board to permit her to conduct further discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that the magistrate judge did not have the benefit of the Supreme Court's recent decision in Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133, 120 S. Ct. 2097 (2000) (rejecting the "pretext plus" standard). Because we find that Booker-Hicks failed to provide any evidence of pretext whatsoever, the Reeves decision does not undercut the outcome reached by the magistrate judge.

2